# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DIEUDSON NORE,**

    Petitioner,

v.                                            Case No. 8:08-cv-2256-T-30EAJ

**MICHAEL B. MUKASEY, et al.,**

    Respondents.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss for Mootness (Dkt. 11). On or about January 8, 2009, the Bureau for Immigration and Customs Enforcement released Petitioner from custody under an Order of Supervision. Accordingly, his petition for a writ of habeas corpus is moot and this action should be dismissed.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss for Mootness (Dkt. 11) is **GRANTED**.

2. This action is dismissed without prejudice as moot.

3. All pending motions are denied as moot. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 3, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-2256.dismissal.frm